ARTHUR F. McCONVILLE, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and orders affirmed, with costs. Hinman, Acting P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hill,·J., dissents on

the ground that there is a question of fact as to the contributory negligence of the plaintiff.